## MEMORANDUM DECISIONS.

BALTIMORE & O. R. CO. v. JOY. (Circuit Court of Appeals, Sixth Circuit. January 13, 1902.) · No. 311. In Error to the Circuit Court of the United States for the Northern District of Ohio. Before LURTON and DAY, Circuit Judges, and WANTY, District Judge.

PER CURIAM. Action for personal injuries sustained through alleged negligence of the railroad company by John A. Hervey while a passenger. The injury occurred in Indiana. The action was brought in Ohio. Pending the action the plaintiff died. On application of the administrator of said Hervey, he was permitted to revive and prosecute same as administrator. This revivor was excepted to and assigned as error. Upon an interrogatory certified to the supreme court, that court has answered that there was no error in the revivor. 173 U. S. 226, 19 Sup. Ct. 387, 43 L. Ed. 677. The case having been submitted alone upon this question, it is now ordered that the judgment be affirmed.

BENZIGER et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. February 7, 1902.) No. 12. Appeal from the Circuit Court of the United States for the Southern District of New York. W. Wickham Smith, for appellants. Chas. D. Baker, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. Affirmed on opinion of court below. 107 Fed. 257.

BLUE v. FILER. (Circuit Court of Appeals, Sixth Circuit. January 13, 1902.) No. 968. In Error to the Circuit Court of the United States for the Western Division of the Northern District of Ohio. Benjamin F. James, for plaintiff in error. J. O. Troup, for defendant in error. Before LURTON and DAY, Circuit Judges, and CLARK, District Judge.

PER CURIAM. Action for personal injuries sustained while in the service of the defendant. Upon the conclusion of the whole evidence the trial judge directed a verdict for the defendant. We find no error in this instruction. The reasons given for so directing a verdict, as set out in the record, amply vindicate the action of the court below, and do not need to be supplemented by us. The other errors assigned upon questions arising upon the admission and rejection of evidence have been examined. The court finds none of them well taken. Affirmed.